# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL SHROPSHIRE, | ) | Case No: 5:20-cv-01867-AGR |
| | ) | |
| Plaintiff | ) | **[PROPOSED]** JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: July 13, 2021

_Alicia G. Rosenberg_

THE HONORABLE ALICIA ROSENBERG
United States Magistrate Judge